AO 442 (Rev. 01/09, MD 6/09) Arrest Warrant

## UNITED STATES DISTRICT COURT    2019 MAY 29  PM 3:05

for the

District of Maryland

| | |
|---|---|
| United States of America<br>v.<br><br>Darryl Hazel<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case: 1:19-mj-00261<br>Assigned To : Judge G. Michael Harvey<br>Assign. Date : 10/21/2019<br>Description: RULE 5 - ARREST |

### ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*          Darryl Hazel

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☒ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
Alleged Violation(s) of Supervised Release

Date:    May 29, 2019

*By: Kadeem Moore, Deputy Clerk*

Address:

Felicia C. Cannon, Clerk, U.S. District Court

*Name and Title of Issuing Officer*

---

### Return

This warrant was received on *(date)*  5/29/19 , and the person was arrested on *(date)*  10/21/19
at *(city and state)*  Washington, DC               Received

Date: 10/21/19

Receiving                              *T.*
DUSM                             *Arresting officer's signature*

T. Ringer 31364
*Printed name and title*